In the Matter of the Application of Addison S. Harrington, Administrator, etc., of James A. Harrington, Deceased, Appellant, to Establish a

* Consol. Laws, chap. 17 (Laws of 1909, chap. 22), § 153, as amd. by Laws of 1911, chaps. 649, 740.— [REP.

Claim in His Own Favor against the Estate of His Intestate. Daniel J. Harrington, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.